DAWN M. FLORIO
LAW FIRM PLLC
488 Madison Avenue, 20th Floor, New York, NY 10022
dawnfloriolaw.com | dawn@dawnfloriolaw.com | (212) 939-9539

November 2, 2026

*VIA ECF*
Honorable Edgardo Ramos
United States District Court
40 Foley Square, Courtroom 619
New York, New York 10007

**MEMO ENDORSED**

RE: *United States v. Valladares;* 25-CR-068-ER

Your Honor,

I, Dawn M. Florio, Esq., represent Fernando Valladares on the above matter, currently scheduled for trial on December 7, 2026 at 9:30 am. We request that the trial, motions in limine, proposed voir dire, proposed jury instructions, proposed verdict sheet, and final pretrial conference be adjourned to a trial date in March.

We request this adjournment for two principal reasons. The first is that we have just been retained in this matter and need time to review the discovery with our client and consider the possibility of a pre-trial disposition. The second is that our office is currently engaged on a multi-defendant homicide trial in Bronx County. It is anticipated that this trial could last until the end of February. We have reached out to the Government regarding this matter, and they do not have an opposition to this request.

Dated: 11/2/2026

Trial is adjourned to March 1, 2027, at 9:30 a.m. Motions in limine, proposed voir dire, proposed jury instructions, and proposed verdict sheet are due February 1, 2027. Responses thereto are due February 15, 2027. A final pretrial conference will be held on February 25, 2027, at 2 PM. Speedy trial time is excluded from December 7, 2026 until March 1, 2027, in the interests of justice.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 11/4/2026
New York, New York

Sincerely,

Dawn M. Florio
Dawn M. Florio Law Firm
488 Madison Ave, 20th Floor
New York, NY 10022